**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN ARVANS, | : | |
| | : | Case No.: 1:20-cv-06570 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DEPOSITORS INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT DEPOSITORS INSURANCE COMPANY'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Depositors Insurance Company ("Depositors") respectfully moves the Court to dismiss the Complaint of Plaintiff Brian Arvans with prejudice. The reasons for granting this motion are set forth in Defendant Depositors Insurance Company's Memorandum in Support of Motion to Dismiss (the "Memorandum"), which is filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in the Memorandum, Depositors respectfully requests the Court to: (1) dismiss all claims contained in the Complaint with prejudice; and (2) grant such other and further relief as the Court deems just and proper.

Dated: November 11, 2020          Respectfully Submitted,

                                                             s/ *Jonathan M. Cyrluk*
                                                             Jonathan M. Cyrluk (ARDC #6210250)
                                                             Steven C. Moeller (ARDC #6290263)
                                                             Carpenter Lipps & Leland LLP
                                                             180 N. LaSalle Street, Suite 2105
                                                             Chicago, IL 60601
                                                             Direct: (312) 777-4820
                                                             Fax: (312) 777-4839
                                                             cyrluk@carpenterlipps.com
                                                             moeller@carpenterlipps.com

Michael H. Carpenter (*pro hac vice* forthcoming*)*
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Tel: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com

Aneca E. Lasley (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)
Aneca.Lasley@squirepb.com


Petrina A. McDaniel (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Phone: 678-272-3207
Petrina.McDaniel@squirepb.com

*Attorneys for Defendant Depositors Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2020, a true and correct copy of the foregoing was served by electronic mail on the following persons via the Court's CM/ECF system:

>John S. Spadaro
>JOHN SHEEHAN SPADARO, LLC
>54 Liborio Lane
>Smyrna, DE 19977
>Tel: (302) 235-7745
>jspadaro@johnsheehanspadaro.com
>
>*Attorney for Plaintiff Brian Arvans*

>*s/ Jonathan M. Cyrluk*
>Jonathan M. Cyrluk
>*One of the Attorneys for Defendant*
>*Depositors Insurance Company*