# **EXHIBIT C**

| | | | |
|---|---|---|---|
| ***State:*** | *Illinois* | ***First Filing Company:*** | *AMCO Insurance Company, ....* |
| ***TOI/Sub-TOI:*** | *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)* | | |
| ***Product Name:*** | *Informational Filing* | | |
| ***Project Name/Number:*** | *2020-PL-PPA-COVID 19 RELIEF/PL-20A-COVID-19 RELIEF-IL* | | |

## Filing at a Glance

| | |
|---|---|
| Company: | AMCO Insurance Company, Depositors Insurance Company, Nationwide Insurance Company of America, Nationwide General Insurance Company, Nationwide Agribusiness Insurance Company, Nationwide Mutual Fire Insurance Company, Crestbrook Insurance Company , Harleysville Lake States Insurance Company |
| Product Name: | Informational Filing |
| State: | Illinois |
| TOI: | 19.0 Personal Auto |
| Sub-TOI: | 19.0001 Private Passenger Auto (PPA) |
| Filing Type: | Rule |
| Date Submitted: | 04/17/2020 |
| SERFF Tr Num: | NWPP-132342146 |
| SERFF Status: | Closed-Filed |
| State Tr Num: | |
| State Status: | |
| Co Tr Num: | PL-20A-COVID-19 RELIEF-IL |
| Co Status: | |
| Effective Date Requested (New): | 03/31/2020 |
| Effective Date: Requested (Renewal): | 03/31/2020 |
| Author(s): | Trisha Shriner |
| Reviewer(s): | Benjamin Rekart |
| Disposition Date: | 04/20/2020 |
| Disposition Status: | Filed |
| Effective Date (New): | 04/07/2020 |
| Effective Date (Renewal): | 04/07/2020 |

| | | | |
|---|---|---|---|
| ***State:*** | *Illinois* | ***First Filing Company:*** | *AMCO Insurance Company, ....* |
| ***TOI/Sub-TOI:*** | *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)* | | |
| ***Product Name:*** | *Informational Filing* | | |
| ***Project Name/Number:*** | *2020-PL-PPA-COVID 19 RELIEF/PL-20A-COVID-19 RELIEF-IL* | | |

# General Information

Project Name: 2020-PL-PPA-COVID 19 RELIEF
Status of Filing in Domicile:
Project Number: PL-20A-COVID-19 RELIEF-IL
Domicile Status Comments:
Reference Organization:
Reference Number:
Reference Title:
Advisory Org. Circular:
Filing Status Changed: 04/20/2020
State Status Changed: 04/20/2020
Deemer Date:
Created By: Trisha Shriner
Submitted By: Trisha Shriner
Corresponding Filing Tracking Number:
Filing Description:
Please find enclosed an informational filing in response to COVID-19 relief. The effective date of this action is March 31, 2020.

# Company and Contact

**Filing Contact Information**

Trisha Shriner,
995 Yard St.
GW-1M-GERS
Grandview Heights, Ohio 43212
shrint1@nationwide.com
614-435-7743 [Phone]

**Filing Company Information**

| | | |
|---|---|---|
| AMCO Insurance Company | CoCode: 19100 | State of Domicile: Iowa |
| 1100 Locust Street | Group Code: 140 | Company Type: Property & Casualty |
| Des Moines, Iowa 50391-1100 | Group Name: Nationwide Insurance | State ID Number: |
| (614) 435-2792 ext. [Phone] | FEIN Number: 42-6054959 | |
| Depositors Insurance Company | CoCode: 42587 | State of Domicile: Iowa |
| 1100 Locust Street | Group Code: 140 | Company Type: Property & Casualty |
| Des Moines, Iowa 50391-1100 | Group Name: Nationwide Insurance | State ID Number: |
| (614) 435-2792 ext. [Phone] | FEIN Number: 42-1207150 | |
| Nationwide Insurance Company of America | CoCode: 25453 | State of Domicile: Ohio |
| One West Nationwide Blvd. | Group Code: 140 | Company Type: Property & Casualty |
| Columbus, Ohio 43215-2220 | Group Name: Nationwide Insurance | State ID Number: |
| (614) 435-2792 ext. [Phone] | FEIN Number: 95-2130882 | |
| Nationwide General Insurance Company | CoCode: 23760 | State of Domicile: Ohio |
| One West Nationwide Blvd. | Group Code: 140 | Company Type: Property & Casualty |
| Columbus, Ohio 43215-2220 | Group Name: Nationwide Insurance | State ID Number: |
| (614) 435-2792 ext. [Phone] | FEIN Number: 31-4425763 | |
| Nationwide Agribusiness Insurance Company | CoCode: 28223 | State of Domicile: Iowa |
| 1100 Locust Street | Group Code: 140 | Company Type: Property & Casualty 01 |

| | | | |
|---|---|---|---|
| **State:** | *Illinois* | **First Filing Company:** | *AMCO Insurance Company, ....* |
| **TOI/Sub-TOI:** | *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)* | | |
| **Product Name:** | *Informational Filing* | | |
| **Project Name/Number:** | *2020-PL-PPA-COVID 19 RELIEF/PL-20A-COVID-19 RELIEF-IL* | | |

| | | |
|---|---|---|
| Des Moines, Iowa 50391 | Group Name: Nationwide Insurance | State ID Number: |
| (614) 435-2792 ext. [Phone] | FEIN Number: 42-1015537 | |

| | | |
|---|---|---|
| Nationwide Mutual Fire Insurance Company | CoCode: 23779 | State of Domicile: Ohio |
| One West Nationwide Blvd. | Group Code: 140 | Company Type: Property & Casualty |
| Columbus, Ohio 43215-2220 | Group Name: Nationwide Insurance | State ID Number: |
| (614) 435-2792 ext. [Phone] | FEIN Number: 31-4177110 | |

| | | |
|---|---|---|
| Crestbrook Insurance Company | CoCode: 18961 | State of Domicile: Ohio |
| One West Nationwide Blvd. | Group Code: 140 | Company Type: Property & Casualty |
| Columbus, Ohio 43215-2220 | Group Name: Nationwide Insurance | State ID Number: |
| (614) 435-2792 ext. [Phone] | FEIN Number: 68-0066866 | |

| | | |
|---|---|---|
| Harleysville Lake States Insurance Company | CoCode: 14516 | State of Domicile: Michigan |
| 901 Wilshire Drive | Group Code: 140 | Company Type: Property & Casualty |
| Suite 520 | Group Name: Nationwide Insurance | State ID Number: |
| Troy, Michigan 48084-5605 | FEIN Number: 38-3198542 | |
| (614) 435-2792 ext. [Phone] | | |

## Filing Fees

Fee Required? No

Retaliatory? No

Fee Explanation:

## Filing Fees

Fee Required? No

Retaliatory? No

Fee Explanation:

## State Specific

Refer to our checklists prior to submitting filing: http://insurance.illinois.gov/Prop_Cas_IS3_Checklists/Prop-Cas-Checklist.html: Acknowledged

Refer to our updated (06/08/2015) SERFF General Instructions prior to submitting filing. They have been updated to clarify what rates and rules are required to be filed as well as what rates and rules are not required to be filed. Also, the "Product Name" is the Filing Title and not the Project Number.: Acknowledged

NO RATES and/or RULES ARE REQUIRED TO BE FILED FOR LINES OF COVERAGE SUCH AS LIQUOR LIABILITY, COMMERCIAL AUTO (except taxicabs), BURGLARY AND THEFT, GLASS, FIDELITY, SURETY, COMMERCIAL GENERAL LIABLITY, CROP HAIL, COMMERCIAL PROPERTY, DIRECTORS AND OFFICERS, ERRORS AND OMMISSIONS, COMMERCIAL MULTI PERIL just to mention a few. Please refer to the State Specific Field below for what rates/rules are required to be filed and to our checklists for specific statutes, regulations, etc. : http://insurance.illinois.gov/Prop_Cas_IS3_Checklists/Prop-Cas-Checklist.html: Acknowledged

The only rates and/or rules that are required to be filed are Homeowners, Mobile Homeowners, Dwelling Fire and Allied Lines, Workers' Compensation, Medical Malpractice, Private Passenger Automobiles, Taxicabs, Motorcycles and Group Inland Marine Insurance which only applies to insurance involving personal property owned by, being purchased by or pledged as collateral by individuals, and not used in any business, trade or profession per Regulation Part 2302 which says in part, "each company shall file with the Director of Insurance each rate, rule and minimum premium before it is used in the State of Illinois.": Acknowledged

Case: 1:20-cv-06570 Document #: 9-3 Filed: 11/11/20 Page 5 of 14 PageID #:109

| | | | |
|---|---|---|---|
| **State:** | *Illinois* | **First Filing Company:** | *AMCO Insurance Company, ....* |
| **TOI/Sub-TOI:** | *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)* | | |
| **Product Name:** | *Informational Filing* | | |
| **Project Name/Number:** | *2020-PL-PPA-COVID 19 RELIEF/PL-20A-COVID-19 RELIEF-IL* | | |

When selecting a form filing type for a multiple form filing, use the dominant type from these choices: APP - application; CER - certificate; COF - coverage form; DPS - declaration page; END - endorsement; POJ - policy jacket; ORG - Companies adopting an Advisory or Rating Organization's filing. Example: If you are submitting a policy as well as endorsements, a declaration page and an application, you would select "POL" for policy.: N/A

**State:** Illinois **First Filing Company:** AMCO Insurance Company, ....

**TOI/Sub-TOI:** 19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)

**Product Name:** Informational Filing

**Project Name/Number:** 2020-PL-PPA-COVID 19 RELIEF/PL-20A-COVID-19 RELIEF-IL

# Correspondence Summary

## Dispositions

| Status | Created By | Created On | Date Submitted |
|---|---|---|---|
| Filed | Benjamin Rekart | 04/20/2020 | 04/20/2020 |

| | | | |
|---|---|---|---|
| ***State:*** | *Illinois* | ***First Filing Company:*** | *AMCO Insurance Company, ....* |
| ***TOI/Sub-TOI:*** | *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)* | | |
| ***Product Name:*** | *Informational Filing* | | |
| ***Project Name/Number:*** | *2020-PL-PPA-COVID 19 RELIEF/PL-20A-COVID-19 RELIEF-IL* | | |

**Disposition**

Disposition Date: 04/20/2020

Effective Date (New): 04/07/2020

Effective Date (Renewal): 04/07/2020

Status: Filed

Comment: Please note that the effective date for both new and renewal is different from the one requested. This is because that is the earliest date the Department can grant per 50 IL Adm. Code 754 is 10 days prior to the submission date. Thank you.

Rate data does NOT apply to filing

| Schedule | Schedule Item | Schedule Item Status | Public Access |
|---|---|---|---|
| **Supporting Document** | Explanatory Memorandum | | Yes |
| **Supporting Document** | Request to Maintain Data as Trade Secret Information | | Yes |
| **Supporting Document** | Manual | | Yes |
| **Rate** | COVID RELIEF RULE | | Yes |

***State:*** *Illinois* ***First Filing Company:*** *AMCO Insurance Company, ....*

***TOI/Sub-TOI:*** *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)*

***Product Name:*** *Informational Filing*

***Project Name/Number:*** *2020-PL-PPA-COVID 19 RELIEF/PL-20A-COVID-19 RELIEF-IL*

## Rate/Rule Schedule

| Item No. | Schedule Item Status | Exhibit Name | Rule # or Page # | Rate Action | Previous State Filing Number | Attachments |
|---|---|---|---|---|---|---|
| 1 | | COVID RELIEF RULE | 1 | New | | COVID-19 RELIEF RULE.pdf |

# COVID-19 PANDEMIC RELIEF

Nationwide will return a one-time payment of $50 applied uniformly for each personal auto policy in force on March 31, 2020, automatically credited within the next 30 days to each member's most recent method of payment.

© 2020 Nationwide

| | | | |
|---|---|---|---|
| **State:** | Illinois | **First Filing Company:** | AMCO Insurance Company, .... |
| **TOI/Sub-TOI:** | 19.0 Personal Auto/19.0001 Private Passenger Auto (PPA) | | |
| **Product Name:** | Informational Filing | | |
| **Project Name/Number:** | 2020-PL-PPA-COVID 19 RELIEF/PL-20A-COVID-19 RELIEF-IL | | |

# Supporting Document Schedules

| | |
|---|---|
| **Satisfied - Item:** | Explanatory Memorandum |
| **Comments:** | |
| **Attachment(s):** | Filing Memorandum and Supplemental Documents.pdf |
| **Item Status:** | |
| **Status Date:** | 04/20/2020 |
| **Bypassed - Item:** | Request to Maintain Data as Trade Secret Information |
| **Bypass Reason:** | Not applicable to this filing. |
| **Attachment(s):** | |
| **Item Status:** | |
| **Status Date:** | 04/20/2020 |
| **Bypassed - Item:** | Manual |
| **Bypass Reason:** | Not applicable to this filing. |
| **Attachment(s):** | |
| **Item Status:** | |
| **Status Date:** | 04/20/2020 |

**Filing Memorandum**

The number of miles driven by our customers and personal auto claims have fallen since Stay-at-Home and Shelter-in-Place orders have taken effect in many states, resulting from and accompanied by vastly increased use of work-from-home technologies and other social distancing efforts. To reflect these decreases and to respond to the hardship that many households are experiencing as a result of the COVID-19 pandemic, Nationwide desires to return a fixed dollar amount to our customers as quickly as possible. Though there is much uncertainty about what the true impact of COVID-19 will be, the fixed dollar amount we propose to return to our customers assumes our best estimate of the decrease in personal auto claims and miles driven throughout the duration of this event.

The amount Nationwide will return is a one-time payment of $50 applied uniformly for each personal auto policy in force on March 31, 2020, automatically credited within the next 30 days to each customer's most recent method of payment. The total amount that will be returned to all our customers is equivalent to approximately 15% of premium for two months across our entire personal auto book of business. Given that decreases in driving differs by each customer's location, occupation and other factors, and given the limited duration of this event to date, it is our belief that the amount to be returned is a fair distribution back to our individual customers. Customers don't need to do anything. Refunds will automatically be credited to the customers' most recent method of payment (automatic withdrawal, credit card, personal check, etc.) within the next 30 days, subject to your approval. This is also the quickest way possible to get relief into the hands of our customers.

As we work together through this difficult time for our customers across the country, we have proactively identified several measures to help Nationwide customers face the sudden challenges presented by the COVID-19 pandemic. We're offering this rapid relief at a time when drivers are making the right choice to stay off the road and remain home to help "flatten the curve." This relief, and the manner in which we have chosen to provide it to our customers is just one more way in which we are endeavoring to further our mission to protect people, business, and futures with extraordinary care.

Thank you for your prompt attention to our request, as we try to do our best to carry out our mission, helping our customers through this most difficult time. A sampling of our communications can be found below. If you need any further information, please contact us.



Nationwide®

View this email as a webpage

# A MESSAGE TO OUR CUSTOMERS

Valued Auto Member,

Nationwide has helped our members through challenging times for 94 years, and together, we'll get through this one. To get relief in your hands quickly and simply during the COVID-19 pandemic, we are offering a one-time premium refund of $50 per policy for personal auto policies active as of March 31, 2020.

You don't need to do anything. Refunds will automatically be credited to your most recent method of payment (for example, automatic withdrawal, credit card, personal check) within the next 30 days, subject to regulatory approval. We are offering this rapid relief at a time when many drivers are making the right choice to stay off the road and remain home to help "flatten the curve."

Learn what other steps Nationwide has taken to protect our customers during the COVID-19 pandemic.

If you're looking for additional ways to save money on your auto insurance, talk to your local agent to learn more about SmartRide or SmartMiles. Not all products are currently available in all states.

We wish you good health, and thank you for trusting us to protect what matters most to you.

---

This email was sent to: [illegible]
This email was sent by: Nationwide, One Nationwide Plaza, Columbus, OH, 43215

April 9, 2020

# Customer FAQ – Nationwide Premium Refund

**Why is Nationwide offering this refund?**

To get relief in the hands of our customers quickly and simply, Nationwide is offering a one-time **premium refund of $50 per policy** for personal auto policies active as of March 31, 2020.

We are offering this rapid relief at a time when drivers are making the right choice to stay off the road and remain home to help flatten the curve

**How much is the refund and how was that amount determined?**

We are a mutual company, so our focus is on our members, not shareholders. We balance doing what's right for our members while maintaining our position of financial strength to ensure we deliver on our promises to our members. To get this refund in the hands of our customers quickly, it will be a one-time payment of $50 per policy, which is equivalent to an average savings of 15 percent for two months.

**With my policies, 15% is more than $50. Will I get the remaining refund?**

No, we are issuing a one-time premium refund of $50 per policy for personal auto policies active as of March 31, 2020, to get relief in the hands of our customers quickly and simply. The 15% reference is an average across our entire auto customer base.

**What policies are eligible?**

Any personal auto policies that were active as of March 31, 2020. PowerSports and Motorcycle policies are excluded.

**Why are you not offering a refund for other products?**

We are offering this rapid relief at a time when drivers are making the right choice to stay off the road and remain home to help "flatten the curve." For our business customers, we are providing coverage for most existing restaurant and retailer exposures who now engage in delivery service due to COVID-19 restrictions. And, given the challenges created by COVID-19, they may request mid-term adjustments related to reducing exposures for their customers.

**Who qualifies for the refund?**

Nationwide customers who have a personal auto policy active as of March 31, 2020.

**When will customers receive the refund?**

Refunds will automatically be credited to the customers' most recent method of payment based on the last method of payment (e.g., automatic withdrawal, credit card, personal check) within the next 30 days and subject to state regulatory approval

**How will customers receive the refund? Do I need to take any action?**

Customers don't need to do anything. Refunds will automatically be credited to the customers' most recent method of payment (e.g., automatic withdrawal, credit card, personal check) within the next 30 days.

**I'm an essential worker and still need to drive, will I still receive the refund?**

Yes, essential workers will receive the refund. All personal lines policyholders as of March 31, 2020 will receive this.

**If I use SmartRide or SmartMiles, will I receive an additional refund?**

SmartRide and SmartMiles members will receive the $50 refund. This refund is in addition to the savings realized through those programs. The refund is above and beyond existing discounts.

**How do I sign up for SmartRide or SmartMiles?**

Learn more about SmartRide (https://www.nationwide.com/personal/insurance/auto/discounts/smartride/) and SmartMiles (https://www.nationwide.com/personal/insurance/auto/discounts/smartmiles/) or talk to your agent about how you can start saving and drive safer today. Not all products are currently available in all states.

**Are Nationwide associates eligible for the refund?**

Yes, any Nationwide associate who has a personal auto policy is eligible for the refund.

**If I have multiple automobiles on one policy, do they each qualify?**

The refund is applied based on the number of policies, not the number of automobiles.

**What if I ended my policy on or before March 31?**

The refund applies to policies that were active as of March 31, 2020, so if you ended your policy prior to that date, the refund does not apply.

**If the pandemic continues will I receive additional refunds?**

Right now, we're focused on doing the right thing for our members in the near-term.

We will continue monitoring and assessing ways that Nationwide can lessen the burden brought on by COVID-19 for our members and partners.