**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRIAN ARVANS, | : |
| | : Case No.: 1:20-cv-06570 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DEPOSITORS INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

**DEFENDANT DEPOSITORS INSURANCE COMPANY'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Depositors Insurance Company submits the following two decisions from the Northern District of Illinois as supplemental authority in support of its Motion to Dismiss Plaintiff's Complaint (Doc. 8). In both decisions, this Court rejected plaintiffs' claims that they were entitled to a refund of premiums as a result of the COVID-19 pandemic:

1. Order granting motion to dismiss in *Ridings v. American Family Insurance Co.*, Case No. 20-CV-5715 at p. 20 (N.D. Ill. Feb. 24, 2021) (Shah, J.) (dismissing plaintiff's Consumer Fraud Act, fraud, breach of contract, unjust enrichment and declaratory relief claims because "American Family's decision to give Ridings a benefit to which she was not entitled under her policy was not fraudulent or unfair, it caused her no damage, and it was not contrary to law") (attached as Ex. 1).

2. Order granting motion to dismiss in *Mashallah, Inc. v. West Bend Mutual Insurance Company*, Case No. 20-C-5472 at p. 10 (N.D. Ill. Feb. 22, 2021) (Kocoras, J.) (dismissing plaintiffs' Consumer Fraud Act and unjust enrichment claims "because there is nothing unfair or unscrupulous about holding Plaintiffs to the terms of the Policies they bought" and because "an insured may not have any part of his or her premium returned once the risk attaches") (attached as

Ex. 2).

Dated: February 25, 2021　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　s/ *Jonathan M. Cyrluk*
　　　　　　　　　　　　　　　　　　　　Jonathan M. Cyrluk (ARDC #6210250)
　　　　　　　　　　　　　　　　　　　　Steven C. Moeller (ARDC #6290263)
　　　　　　　　　　　　　　　　　　　　Carpenter Lipps & Leland LLP
　　　　　　　　　　　　　　　　　　　　180 N. LaSalle Street, Suite 2105
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　Direct: (312) 777-4820
　　　　　　　　　　　　　　　　　　　　Fax: (312) 777-4839
　　　　　　　　　　　　　　　　　　　　cyrluk@carpenterlipps.com
　　　　　　　　　　　　　　　　　　　　moeller@carpenterlipps.com

　　　　　　　　　　　　　　　　　　　　Michael H. Carpenter (admitted *pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Carpenter Lipps & Leland LLP
　　　　　　　　　　　　　　　　　　　　280 Plaza, Suite 1300
　　　　　　　　　　　　　　　　　　　　280 North High Street
　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　　Tel: (614) 365-4100
　　　　　　　　　　　　　　　　　　　　Fax: (614) 365-9145
　　　　　　　　　　　　　　　　　　　　carpenter@carpenterlipps.com

　　　　　　　　　　　　　　　　　　　　Aneca E. Lasley (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　SQUIRE PATTON BOGGS (US) LLP
　　　　　　　　　　　　　　　　　　　　2000 Huntington Center
　　　　　　　　　　　　　　　　　　　　41 South High Street
　　　　　　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　　　　　　(614) 365-2700 (Phone)
　　　　　　　　　　　　　　　　　　　　(614) 365-2499 (Fax)
　　　　　　　　　　　　　　　　　　　　Aneca.Lasley@squirepb.com

　　　　　　　　　　　　　　　　　　　　Petrina A. McDaniel (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　SQUIRE PATTON BOGGS (US) LLP
　　　　　　　　　　　　　　　　　　　　1230 Peachtree St NE, Suite 1700
　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　　　Phone: 678-272-3207
　　　　　　　　　　　　　　　　　　　　Petrina.McDaniel@squirepb.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Depositors Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2021, a true and correct copy of the foregoing was served by electronic mail on the following persons via the Court's CM/ECF system:

> John S. Spadaro
> JOHN SHEEHAN SPADARO, LLC
> 54 Liborio Lane
> Smyrna, DE 19977
> Tel: (302) 235-7745
> jspadaro@johnsheehanspadaro.com
>
> *Attorney for Plaintiff Brian Arvans*

    *s/ Jonathan M. Cyrluk*
    Jonathan M. Cyrluk
    *One of the Attorneys for Defendant*
    *Depositors Insurance Company*