# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN ARVANS, | ) |
|       Plaintiff, | ) Case No. 1:20-cv-06570 |
| v. | ) Honorable Andrea R. Wood |
| DEPOSITORS INSURANCE COMPANY, | ) |
|       Defendant. | ) |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Plaintiff, Brian Arvans, by and through the undersigned attorneys, moves to voluntarily dismiss his complaint without prejudice pursuant to Federal Rule of Civil Procedure 41, and states as follows:

1. Plaintiff filed his Class Action Complaint against Defendant Depositors Insurance Company ("Depositors") in the Circuit Court of Cook County on August 11, 2020.

2. On November 4, 2020, Depositors filed its Notice of Removal for Plaintiff's action with the Northern District of Illinois pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (ECF Document No. 1).

3. On November 11, 2020, Depositors filed a Motion to Dismiss (ECF Document No. 9). Plaintiff filed a Memorandum in Opposition to Defendant's Motion on December 11, 2020 (ECF Document No. 16) and Depositors filed a Reply in further support of its Motion on December 30, 2020 (ECF Document No. 17).

4. Federal Rule of Civil Procedure Rule 41(a)(1) allows for the voluntary dismissal of a Plaintiff's claim without a court order when a notice of such dismissal is filed before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. Pro. 41(a)(1)(A).

5. Further, such dismissal is without prejudice unless the Plaintiff previously dismissed any federal- or state-court action based on or including the same claims. Fed. R. Civ. Pro. 41(a)(1)(B).

6. Defendant Depositors has neither filed an answer nor a motion for summary judgement in this matter.

7. Plaintiff has not dismissed any federal- or state-court action based on orincluding the same claims in their Class Action Complaint.

8. A Plaintiff's dismissal of a case under Rule 41(a)(1)(A)(i) is self-executing and effective without further action from the court. *Kuznar v. Kuznar*, 775 F.3d 892,896 (7th Cir. 2015) (*citing to Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011)).

WHEREFORE Plaintiff Brian Arvans, by and through his attorneys, requests this Honorable Court to voluntarily dismiss his Class Action Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice.

Dated: March 30, 2021

Respectfully Submitted,

/s/ David A. Neiman
*Attorney for Plaintiff*

Antonio M. Romanucci
David A. Neiman
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
dneiman@rblaw.net